**SO ORDERED.**

**SIGNED this 24 day of April, 2015.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In Re:  Emma Jean Eldridge<br>550 Conger Rd.<br>Sparks, GA 31647<br><br>XXX-XX-5420 | Chapter 13<br><br>Case No: 14-71096-JTL |

Order Disallowing Claim

The objection of the Chapter 13 Trustee to claim # 5 filed by Cavalry Spv I, Llc, Bass And Associates, Pc 3936 E. Ft. Lowell Roadsuite 200, Tucson, AZ 85712, in the above referenced case, having been served upon the claimant and other parties of interest, and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

ORDERED that claim # 5 filed by Cavalry Spv I, Llc, is hereby disallowed .

END OF DOCUMENT

/s/ Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com